IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TIMOTHY SHEPPARD,**

    **Plaintiff,**

vs.                                     CASE NO. 3:10cv153/RS-EMT

**WILLIAM BILL EDDINS,**
**DAN CLARK,**
**PATRICIA KINSEY, and**
**GREGORY ANCHORS,**

    **Defendants.**
_____/

## **ORDER**

Before me are the Magistrate Judge's Report and Recommendation (Doc. 31) and Plaintiff's Objection to the Report and Recommendation (Doc. 32). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Pursuant to Fed. R. Civ. P. 12(b)(6), this action is dismissed for failure to state a claim upon which relief may be granted.

3. The Clerk is directed to close the file.

**ORDERED** on October 5, 2010.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**